COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name: Michael Francis Palma v. Harris County Appraisal Review Board

Appellate case number: 01-17-00705-CV

Trial court case number: 2017-32712

Trial court: 113th District Court of Harris County

Date motion filed: November 20, 2017

Party filing motion: Appellant, Michael Francis Palma

The en banc court has unanimously voted to deny appellant's "Motion for Emergency Relief to All Judges of the 1st Court of Appeals to Authorize the Previously Filed Injunction Deadline of 11/24/2017." It is ordered that the motion is **DENIED.**

Judge's signature: /s/ Russell Lloyd
                  Acting for the Court

En Banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: December 12, 2017